FILED BY ____ D.C.

05 JUL 12 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

    Case No.  05-20006 D P

**CURTIS N. DOTSON,**

    Defendant.

---

## ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Samuel H. Mays, Jr., in exchange for USA v. Ariane Grant, Case No. 05-20074 MaP.  The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 05-20006 D P  to 05-20006 MaP.

IT IS SO ORDERED this _12_ day of _July_ 2005.

                        BERNICE BOUIE DONALD
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7/13/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20006 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT